IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KESHAWN HOLLOMAN, individually,
and as father of minor N. J. M. H and
N. M. B. individually, and as mother
of minor N. J. M. H.

      *Plaintiffs*,

vs.              Case No. 24-1162-EFM-GEB

SARAH HOSS, E. ADKINS,
and BRITTANY GRAHAM,

      *Defendants.*

**ORDER**

This matter is before the Court on Magistrate Judge Gwynne E. Birzer's Report and Recommendation (Doc. 13) that the Plaintiff's Complaint, Doc. 1, be dismissed for lack of subject matter jurisdiction and for failure to state a claim.

The Report and Recommendation was sent to Plaintiff via regular mail. The Report and Recommendation was returned as undeliverable with no forwarding address available. The Court has no additional address to send this Report to, thus it will not be remailed.

**IT IS THEREFORE ORDERED** the Court Adopts the Report and Recommendation, Doc. 13, in its entirety and Plaintiffs' Complaint, Doc. 1, is DISMISSED without prejudice for lack of subject matter jurisdiction and for failure to state a claim.

2

This case is closed.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2025 in Wichita, Kansas.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE